IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEANDRE THOMPSON** | : | Civil No. 1:17-cv-1502 |
| Petitioner, | : | |
| v. | : | |
| | : | **Judge Rambo** |
| **LAWRENCE L. MAHALLY,** | : | |
| | : | **Magistrate Judge Schwab** |
| Respondent. | : | |

# O R D E R

Presently before the court is a report and recommendation (Doc. 7) filed by the magistrate judge in which she recommends that DeAndre Thomspon's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be deemed withdrawn and that the case be closed in accordance with Thompson's election to withdraw his petition so that he may file one all-inclusive petition. Accordingly, **IT IS HEREBY ORDERED** that the petition is **DEEMED WITHDRAWN** and that the captioned case is **CLOSED**.

  s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: November 17, 2017